Department. April 21, 1911.) Action by William H. Kouwenhoven against Electa Gifford and others. There was a judgment (127 N. Y. Supp. 1128) of the Appellate Division, affirming a judgment for plaintiff, and defendant Augusta L. Brindley moves for leave to appeal to the Court of Appeals. Granted. See, also, supra. Gates Hamburger, for the motion. Edwin G. Wright, opposed.

JENKS, P. J.. The motion for leave to appeal to the Court of Appeals is granted. Our affirmance in this case was without opinion. We thought that the well-considered opinion of the Special Term, Crane, J., presiding, was sufficient. We agreed with the reasoning thereof, save with the entire expressions as to the counterclaim. The defendant urged her right to trial in this action upon that counterclaim, on the authority of Herb v. Metropolitan Hospital, 80 App. Div. 145, 80 N. Y. Supp. 552. But the defendant mortgagor (grantee of the owner of the premises) appeared as in undisturbed possession. It did not appear that an action was pending for possession by adverse claimant, or that the alleged defects amounted to total failure of consideration. There was no allegation of fraud in the sale of the premises. There was no allegation that the owner had lost the land in whole or in part. The owner apparently had exercised a full and an unrestricted ownership, as was indicated by the practical improvements made. It did not appear that any specific damages had been sustained. We thought, therefore, that the appeal, whereby it was sought to have trial upon the counterclaim as pleaded, should not prevail. See Jones on Mortgages, §§ 1502, 1503. Of course, our conclusion did not affect the right of separate action. Nevertheless, we have decided to permit an appeal from the order, upon such terms as would have enabled the appellant to obtain a stay upon appeal from a judgment of foreclosure herein. Motion for leave to appeal to the Court of Appeals granted, provided that the appellant within 10 days, give the same kind of security as is required by the Code of Civil Procedure on an appeal from the judgment herein. Settle order before the Presiding Justice.

---

KRIEGER, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Charles Krieger, an infant, by August Krieger, his guardian ad litem, against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

KRONENGOLD, Appellant, v. KRONENGOLD CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Ignatz Kronengold against the Kronengold Construction Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re KUCIELSKI. (Supreme Court, Appellate Division, First Department. March 17,

1911.) In the matter of Felix Kucielski, deceased. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 128 N. Y. Supp. 768.

---

In re KUEHNERT. (Supreme Court, Appellate Division, First Department. April 21, 1911.) In the matter of Robert Kuehnert, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

---

KURTZ, Respondent, v. KURTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Virginia F. Kurtz against Henrietta Kurtz and another, as executors, etc. No opinion. Judgment and order affirmed, with costs.

---

LA CLEDE MFG. CO., Respondent, v. GEBHARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by the La Clede Manufacturing Company against Adam F. Gebhard. For former decision, see 127 N. Y. Supp. 1128.

PER CURIAM. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

---

LAMB, Respondent, v. NORCROSS BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by J. & R. Lamb against the Norcross Bros. Company. G. H. D. Foster, for appellant. N. S. Spencer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

LARNER, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Samuel Larner against the New York Transportation Company. No opinion. Appeal dismissed, with costs, upon the ground that the order is not appealable. Municipal Court Act (Laws 1902, c. 580) §§ 253 to 257, 310; Nolte v. Seymour, 127 App. Div. 178, 111 N. Y. Supp. 311.

---

LAWLER, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Catherine Lawler, as administratrix, against the Degnon Contracting Company. J. F. Donnelly, for appellant. G. L. Carlisle, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LAZARUS et al., Respondents, v. HAMMOND et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Florine Lazarus and the Long Island Loan & Trust Company, as administratrix and administrator, etc., of Edward H. Lazarus, deceased, against Kate Hammond and others. No opinion. Order affirmed, with $10 costs and disbursements.